UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81161-CIV-ZLOCH

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

vs.                                         **O R D E R**

VIRGIL G. WILLIAMS,

        Defendant.
_____/

        THIS MATTER is before the Court upon Plaintiff Securities And Exchange Commission's Motion To Transfer Action To Judge With Similar Action (DE 3). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

        Plaintiff seeks the transfer of the above-styled cause to the calendar of Judge Donald M. Middlebrooks. In the instant Motion, Plaintiff argues that a suit presently pending before Judge Middlebrooks is similar in fact and law to the instant action. The Court notes that Internal Operating Procedures of this Court state that a suit shall be transferred to another judge if "the unnecessary duplication of judicial labor" will be prevented, or if the action "involves subject matter which is a material part of the subject matter of another action or proceeding." Internal Operating Procedure 2.15.00.C.

        The Court declines to initiate the transfer of the above-styled cause. Though Plaintiff argues that the action pending

before Judge Middlebrooks is similar in the facts and the law to be applied to the instant action, the Court notes, after reviewing both court files, that the two actions do not arise from the same facts. Thus, the subject matter here is not a material part of the subject matter of the suit before Judge Middlebrooks. IOP 2.15.00.C. Moreover, the matter pending before Judge Middlebrooks has a higher case number. Id.

Plaintiff is free to raise with Judge Middlebrooks the matter of consolidating its cases. If he is amenable, he can then contact the undersigned's chambers and the Court will be happy to transfer the above-styled cause to him.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff Securities And Exchange Commission's Motion To Transfer Action To Judge With Similar Action (DE 3) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of December, 2007.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record